TREVOR J. ZINK, ESQ. (218860)
**OMNI LAW GROUP, LLP**
1940 Hamilton Avenue
San Jose, CA 95125
Tel: (408) 879-8500 / Fax: (408) 879-8501
Email: tzink@omnilawgroup.com

Attorneys for Plaintiff
PAZ GAMING, INC.



FILED
CLERK, U.S. DISTRICT COURT

April 26, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAZ GAMING, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>RCD HOLDINGS LTD., an Australian company; ANTHONY JAMES BROWN, an individual; and DOES 1-100,<br><br>    Defendant(s). | CASE NO.: 2:16-CV-05318-SJO-AS<br><br>**JUDGMENT** |

On April 14, 2017, the Court considered the application of Plaintiff PAZ GAMING, INC. ("PAZ") for a default judgment against Defendant RCD HOLDINGS LTD., an Australian company ("RCD"), under Federal Rules of Civil Procedure, Rule 55(b)(2) (the "Application").

After considering the papers submitted in support of the Application, and the papers on file in this action, the Court finds as follows:

1. Defendant RCD has failed to appear in this action by timely pleading or responding to, or otherwise defending against, the complaint in this action after being properly served with that complaint. Accordingly, the clerk entered default against Defendant RCD on February 13, 2017.

2. Defendant RCD is a business entity and is not serving in the military, is not a

minor or incompetent person, is not an officer of agency of the United States, and is not a foreign state or a political subdivision, agency, or instrumentality of a foreign state.

3. Defendant RCD is liable to Plaintiff PAZ in the amount of $560,000.00 due to RCD's interference with PAZ's contract with DEQ.

4. Plaintiff PAZ is awarded attorney's fees in the amount of $14,800.00

5. Plaintiff is awarded its legal costs, in the amount of $1,307.00, in accordance with the Application to Tax Costs filed herein.

IT IS SO ORDERED.

DATED: April 26, 2017

*S. James Otero*

UNITED STATES DISTRICT JUDGE JAMES S. OTERO