UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Priority | ___ |
| Send | ___ |
| Enter | ___ |
| Closed | ___ |
| JS-5/JS-6 | ___ |
| Scan Only | ___ |

**CASE NO.:** CV 16-05318 SJO (ASx)     **DATE:** March 13, 2018

**TITLE:** Paz Gaming, Inc. v. RCD Holdings Ltd. et al

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                            Not Present
Courtroom Clerk                          Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                         Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the Joint STIPULATION to Dismiss Case pursuant to F.R.C.P. 41 (a)(1)(A)(ii) filed by Plaintiff Paz Gaming, Inc [ECF # 46]. Accordingly, the Court Orders that this matter shall be dismissed pursuant to the Joint STIPULATION to Dismiss.

All pending motions are vacated and taken off this Court's calendar.